UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES, THE,<br><br>    Plaintiff,<br><br>    v.<br><br>DEBRUIN CONSTRUCTION, INC.,<br><br>    Defendant. | Case No.   12-cv-05477-JCS<br><br>**ORDER TO FILE DOCUMENTS**<br>Re: Dkt. Nos. 20, 21 |

On December 16, 2013, Plaintiff filed an Ex Parte Application for Service by Publication ("Application"). *See* Dkt. No. 20. A declaration by Plaintiff's attorney was filed in support of this Application ("Declaration"). *See* Dkt. No. 21. The Declaration states that an Exhibit A attached thereto contained "copies of service instructions to Rapid Legal, Affidavit of Reasonable Diligence by Guy Robinson and Affidavit of Reasonable Diligence by Sherry Shada." *Id.* ¶ 5. However, the filed copy of the Declaration does not include these materials, and the Court is unable to review the Application.

IT IS HEREBY ORDERED that within seven days of this Order, Plaintiff shall file the materials described as Exhibit A in the Declaration.

**IT IS SO ORDERED**.

Dated: January 9, 2014

_____
JOSEPH C. SPERO
United States Magistrate Judge