UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES, THE,<br><br>    Plaintiff.<br><br>v.<br><br>DEBRUIN CONSTRUCTION, INC.,<br><br>    Defendant. | Case No. 12-cv-05477-JCS<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 49 |

    Plaintiff noticed a Motion for Default Judgment before this Court with a hearing date of November 14, 2014, at 9:30 A.M. Plaintiff was not present. Defendant was not present.

    IT IS HEREBY ORDERED that Plaintiff appear on **December 12, 2014, at 9:30 a.m.,** before Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why the Motion for Default Judgment should not be DENIED for failure to appear at the November 14, 2014 motion hearing. The hearing on the Motion for Default Judgment has been continued to **December 12, 2014, at 9:30 a.m.**

    IT IS SO ORDERED.

Dated: November 14, 2014

                                              JOSEPH C. SPERO<br>
                                              United States Magistrate Judge